HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
DEVIN SHANAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-mj-00215-DB |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| v. ) | |
| DEVIN SHANAHAN, ) | |
| Defendant. ) | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Devin Shanahan, through their respective attorneys, that the release conditions imposed on Mr. Shanahan on January 6, 2020 (Docket #9), may be modified as set forth below.

  12. Any computers, smart cell phones, I-Pads, or internet accessible devices in the home must be password protected. You must not use or possess a computer or your smart cell phone or any other device capable of accessing the Internet unless in the direct presence of your mother or your maternal-grandmother. Your smart cell phone and I-Pad must be kept in the possession of your mother when she is not in your direct presence.

  All other conditions shall remain in force. United States Pre-Trial Services Officer Tai Gaskins has no objection to the modification.

///

////

Dated: February 24, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
Benjamin D. Galloway
Chief Assistant Federal Defender
Attorney for Defendant
DEVIN SHANAHAN

Dated: February 24, 2020

MCGREGOR SCOTT
United States Attorney

*/s/ Grant Rabenn*
GRANT RABENN
Assistant U.S. Attorney

**O R D E R**

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that that the following release condition is modified to:

12. Any computers, smart cell phones, I-Pads, or internet accessible devices in the home must be password protected. You must not use or possess a computer or your smart cell phone or any other device capable of accessing the Internet unless in the direct presence of your mother or your maternal-grandmother. Your smart cell phone and I-Pad must be kept in the possession of your mother when she is not in your direct presence

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: February 24, 2020

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE