1  MCGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO.  2:19-MJ-00215-DB

12                          Plaintiff,          FINDINGS AND ORDER EXTENDING TIME FOR
                                                PRELIMINARY HEARING PURSUANT TO RULE
13               v.                             5.1(d) AND EXCLUDING TIME

14 DEVIN SHANAHAN,                              DATE: March 20, 2020
                                                TIME: 2:00 p.m.
15                          Defendants.         COURT: Hon. Deborah Barnes

16

17         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 16, 2020.

19 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

20 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

21 5.1(d) of the Federal Rules of Criminal Procedure.

22         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

23 of justice served by granting this continuance outweigh the best interests of the public and the defendant

24 in a speedy trial.  18 U.S.C. § 3161(b) & (h)(7)(A).  The Court further finds that the extension of time of

25 the preliminary hearing and the filing of an indictment would not adversely affect the public interest in

26 the prompt disposition of criminal cases.

27         THEREFORE, FOR GOOD CAUSE SHOWN:

28         1. The date of the preliminary hearing is extended to May 29, 2020, at 2:00 p.m.

FINDINGS AND ORDER                              1

1    2. The time between March 20, 2020, and May 29, 2020, shall be excluded from calculation

2  pursuant to 18 U.S.C. § 3161(b) & (h)(7)(A).

3    3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

4    IT IS SO ORDERED.

5  Dated:  March 16, 2020

6

7

8  DEBORAH BARNES
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28