MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00215-DB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| DEVIN SHANAHAN, | |
| Defendants. | DATE: May 29, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney GRANT B. RABENN, and defendant DEVIN SHANAHAN, through his respective counsel of record, BEN GALLOWAY, hereby stipulate as follows:

1. The Complaint in this case was filed on December 9, 2019, and defendant Shanahan first appeared before a judicial office of the Court in which the charges in this case were pending on January 6, 2020. By stipulation of the parties and order of the Court, the preliminary hearing is currently scheduled for May 29, 2020. The government is producing pre-indictment discovery within fourteen days of the initial appearance in Sacramento.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to July 31, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the

STIPULATION                           1

defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a preliminary hearing and speedy trial. 18 U.S.C. § 3161(b) & (h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 29, 2020, and July 31, 2020, be excluded pursuant to 18 U.S.C. § 3161(b) & (h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  May 18, 2020               MCGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ GRANT B. RABENN
                                   GRANT B. RABENN
                                   Assistant United States Attorney

Dated:  May 18, 2020               /s/ BEN GALLOWAY
                                   BEN GALLOWAY
                                   Counsel for Defendant
                                   DEVIN SHANAHAN

///
///
///
///
///
///

STIPULATION                        2

MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>DEVIN SHANAHAN,<br><br>                    Defendants. | |

    The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 19, 2020.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

    Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(b) & (h)(7)(A).  The Court further finds that the extension of time of the preliminary hearing and the filing of an indictment would not adversely affect the public interest in the prompt disposition of criminal cases.

    THEREFORE, FOR GOOD CAUSE SHOWN:

    1. The date of the preliminary hearing is extended to July 31, 2020, at 2:00 p.m.

STIPULATION      3

2. The time between May 29, 2020, and July 31, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(b) & (h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  May 20, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE