1   PHILLIP A. TALBERT
    Acting United States Attorney
2   SAM STEFANKI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
5
6   Attorneys for Plaintiff
    United States of America
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CASE NO.  2:21-CR-00216-JAM

11                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
12                  v.                      ORDER

13  DEVIN SHANAHAN,                        DATE: January 11, 2022
                                           TIME: 9:30 a.m.
14                        Defendant.       COURT: Hon. John A. Mendez
15
16                               **STIPULATION**

17         Plaintiff United States of America, by and through its counsel of record, and defendant Devin

18  Shanahan, by and through his counsel of record, hereby stipulate as follows:

19         1.      By previous order, this matter was set for status on January 11, 2022.

20         2.      By this stipulation, the defendant now moves to continue the status conference until

21  March 15, 2022, and to exclude time between January 11, 2022, and March 15, 2022, under Local Code

22  T4.

23         3.      The parties agree and stipulate, and request that the Court find the following:

24                 a)      The government has represented that the discovery associated with this case

25  includes thousands of pages of documents, as well as complex technical data related to online

26  marketplaces hosted on the dark web, communications between co-conspirators, and other

27  discovery.  All of this discovery has been either produced directly to counsel and/or made

28  available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME              1
PERIODS UNDER SPEEDY TRIAL ACT

b)      Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the charges, explore potentially mitigating health issues faced by the defendant, review and copy discovery, and continue exploring potential resolutions with the government.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 11, 2022, to March 15, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  December 6, 2021                              PHILLIP A. TALBERT
                                                        Acting United States Attorney
8

9                                                       /s/ SAM STEFANKI
                                                        SAM STEFANKI
10                                                      Assistant United States Attorney

11

12  Dated:  December 6, 2021                            /s/ MICHAEL D. LONG
                                                        MICHAEL D. LONG
13                                                      Counsel for Defendant
                                                        DEVIN SHANAHAN
14

15

16

17                              **ORDER**

18    IT IS SO ORDERED this 6th day of December, 2021.

19

20                                                      /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
21                                                      UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28