MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DEVIN SHANAHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>     v.<br><br>DEVIN SHANAHAN,<br>            Defendant, | ) No. 21-216 JAM<br>)<br>) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>)<br>) Requested date: 9-13-2022<br>) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez<br>) |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Devin Shanahan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 14, 2022.

2. By this stipulation, the defendant now moves to continue the status conference until September 13, 2022, at 9:30 a.m., and to exclude time between June 14, 2022, and September 13, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes thousands of pages of documents, as well as complex technical data related to online marketplaces hosted on the dark web, communications between co-conspirators, and other discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the charges, explore potentially mitigating health issues faced by the defendant, review and copy discovery, and continue exploring potential resolutions with the government. Counsel for the defendant also desires additional time to coordinate with the government's attorney regarding the defendant's health issues that could inform a potential resolution to the case.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 14, 2022, to September 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  June 6, 2022                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Devin Shanahan

///

Dated:  June 6, 2022                              PHIL TALBERT
                                                  United States Attorney

                                                  /s/ *Sam Stefanki*
                                                  SAM STEFANKI
                                                  Assistant U.S. Attorney

# ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for September 13, 2022, at 9:30 a.m., before District Court Judge John A. Mendez.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through September 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is hereby excluded through the new hearing date of September 13, 2022.

Dated:  June 6, 2022                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE