PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00216-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DEVIN SHANAHAN, | DATE: November 15, 2022 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Devin Shanahan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 15, 2022.

2. By this stipulation, the defendant now moves to continue the status conference until March 28, 2023, at 9:00 a.m., and to exclude time between November 15, 2022, and March 28, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thousands of pages of documents, as well as complex technical data related to online marketplaces hosted on the dark web, communications between co-conspirators, and other discovery.

    b)  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    c)  Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the charges, explore potentially mitigating health issues faced by the defendant, review and copy discovery, and continue exploring potential resolutions with the government.

    d)  Counsel for the defendant also desires additional time to coordinate with the government's attorney regarding the defendant's health issues that could inform a potential resolution to the case. The defendant is presently scheduled to undergo surgery in January, making the parties' requested status conference the next reasonably available date when the defendant will physically be able to appear before the Court following that procedure.

    e)  Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)  The government does not object to the continuance.

    g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2022, to March 28, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 7, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated:  November 7, 2022

/s/ MICHAEL D. LONG
MICHAEL D. LONG
Counsel for Defendant
DEVIN SHANAHAN

## ORDER

IT IS SO ORDERED this 8th day of November, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE