MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DEVIN SHANAHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:21-cr-216 JAM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~[PROPOSED]~~ |
| v. | ) | ORDER TO ADD SPECIAL CONDITION 13 |
| | ) | OF RELEASE TO ALLOW USE OF |
| | ) | A COMPUTER AND CELL PHONE |
| | ) | WHILE EMPLOYED AT JOE TREND |
| | ) | |
| DEVIN SHANAHAN, | ) | Date: |
| | ) | Time: |
| Defendant. | ) | Judge: Hon. Magistrate Jeremy D. Peterson |

===============================)

Devin Shanahan's special conditions of pre-trial release are found in ECF document 23.  The parties agree it is appropriate to add Special Condition 16 to read:

"13. ***You may access the internet, utilize a computer and smart phone at your place of employment (or while working as an intern) for Joe Trend (the CEO of Joe Trend has acknowledged he is aware of your pending federal case).***

***All prior orders not in conflict shall remain in full force and effect.***"

Condition 13 allows Mr. Shanahan to use a computer and a smart phone while working at Joe Trend and is does not modify his use a computer or smart phone at home, while supervised by his mother, as directed by Special Condition 12.

IT IS HEREBY STIPULATED AND AGREED between the defendant Devin Shanahan, by and through his undersigned defense counsel, and the United States of America, by and through

–1–

its counsel, Assistant U.S. Attorney Samuel Stefanki, that Special Condition 13 should be added as written above.

I have spoken to PTS Brian Bedrosian.  He does not oppose this addition of Special Condition 13.

Dated:  December 25, 2022                    Respectfully submitted,

                                             /s/ *Michael D. Long*
                                             MICHAEL D. LONG
                                             Attorney for Adan Navarro

Dated:  December 25, 2022                    PHIL TALBERT
                                             United States Attorney

                                             /s/ *Samuel Stefanki*
                                             SAMUEL STEFANKI
                                             Assistant U.S. Attorney

~~[PROPOSED]~~ ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders new Special Condition 13, to read as follows:

"13. ***You may access the internet, utilize a computer and smart phone at your place of employment (or while working as an intern) for Joe Trend (the CEO of Joe Trend has acknowledged he is aware of your pending federal case).***

***All prior orders not in conflict shall remain in full force and effect.***"

Dated:  December 27, 2022

                                             _____
                                             Hon. JEREMY D. PETERSON
                                             United States Magistrate Court Judge

–2–