1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for DEVIN SHANAHAN

6               IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  THE UNITED STATES OF AMERICA,       ) No. 2:21-216 JAM
                Plaintiff,              )
9                                      ) **STIPULATION AND**
         v.                            ) **ORDER RE STATUS CONFERENCE**
10                                     )
   DEVIN SHANAHAN,                     ) Requested date: 6-13-2023
11              Defendant,              ) Time: 9:00 a.m.
                                       ) Judge: Hon. John A. Mendez
12 ==============================)
13
           STIPULATION
14
           Plaintiff United States of America, by and through its counsel of record, and defendant
15
16 Devin Shanahan, by and through his counsel of record, hereby stipulate as follows:

17         1. By previous order, this matter was set for status on March 28, 2023.
18         2. By this stipulation, the defendant now moves to continue the status conference until June
19
   13, 2023, and to exclude time between March 28, 2023, and June 13, 2023, under Local Code T4.
20
21         3. The parties agree and stipulate, and request that the Court find the following:

22         a) The government has provided to the defense the discovery associated with this case,
23 which includes thousands of pages of documents, as well as complex technical data related to
24
   online marketplaces hosted on the dark web, communications between co-conspirators, and other
25
26 discovery. All of this discovery has been either produced directly to counsel and/or made available

27 for inspection and copying.
28

-1-

b) Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the charges, explore potentially mitigating health issues faced by the defendant, review and copy discovery, and continue exploring potential resolutions with the government. Counsel for the defendant also desires additional time to coordinate with the government's attorney regarding the defendant's health issues that could inform a potential resolution to the case.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Mr. Long will still be in a jury trial in Sacramento County Superior Court, Dept. 20, on March 28, 2023.  The trial is anticipated to be completed sometime in May of 2023.

e) Mr. Shanahan is scheduled for surgery on March 24, 2023, and his expected recovery time is two months.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2023, to June 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 21, 2023                Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Devin Shanahan

Dated: March 21, 2023                PHILLIP TALBERT
United States Attorney

/s/ Sam Stefanki
SAM STEFANKI
Assistant U.S. Attorney

# ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby **RESET** for **June 13, 2023, at 9:00 a.m.,** before Senior District Judge John A. Mendez.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through June 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is hereby excluded through the new hearing date of June 13, 2023.

Dated: March 22, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE