MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DEVIN SHANAHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>v.<br><br>DEVIN SHANAHAN,<br>       Defendant, | ) No. 2:21-216 JAM<br>)<br>) STIPULATION AND ORDER<br>) TO STATUS CONFERENCE<br>)<br>) Requested date: 11-14-2023 for entry of plea<br>) Time: 9:00 a.m.<br>) Judge: Hon. John A. Mendez<br>) |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Devin Shanahan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 17, 2023.

2. Mr. Shanahan has had many health problems since birth and he requires frequent medical appointments to go along with many surgeries and other medical procedures.  On October 17, 2023, Mr. Shanahan has an in-person appointment physical scheduled with his Primary Physician, Dr. Denise Hom, to re-authorize Mr. Shanahan's team of specialists that he sees either biannually or annually.  Because of the health insurance that Mr. Shanahan has, he needs Dr. Hom to request re-authorization from his medical group.   The authorizations that Mr. Shanahan currently needs from Dr. Hom are the following:

-1-

His gastroenterologist for his acid reflux and gastric emptying health issues.  His immunologist who manages his immune deficiency.  His allergist who manages his severe allergies.  His neck & spine specialist who manages his neck & back pain caused by musculoskeletal issues His endocrinologist who manages his osteoporosis.  His orthopedic surgeon and his immunologist also believe that Mr. Shanahan has a new disease called Elher Danlos and they have recommended that Dr. Hom refer him to a rheumatologist for an evaluation.  His endocrinologist is also recommending that Dr. Hom request an authorization for him to be evaluated by either a geneticist or Infectious doctor.  Mr. Shanahan will also need a full blood work up that day.

      3. Additionally, the parties are finalizing a plea agreement, but the parties will not be ready by the currently set date of October 17, 2023.  By this stipulation, the defendant now moves to continue the status conference until November 14, 2023, and to exclude time between October 17, 2023, and November 14, 2023, under Local Code T4.  Mr. Shanahan will enter his guilty plea on November 14, 2023.

      4. The parties agree and stipulate, and request that the Court find the following:

      a) The government has provided to the defense the discovery associated with this case, which includes thousands of pages of documents, as well as complex technical data related to online marketplaces hosted on the dark web, communications between co-conspirators, and other discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b) Counsel for the defendant desires additional time to consult with his client (who lives in Southern California, making meeting more difficult to arrange), conduct investigation and research related to the charges, explore potentially mitigating health issues faced by the defendant, review

and copy discovery, and continue exploring potential resolutions with the government. Counsel for the defendant also desires additional time to coordinate with the government's attorney regarding the defendant's health issues that could inform a potential resolution to the case.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of Octobe 17, 2023, to November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 6, 2023                                Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Devin Shanahan

Dated:  October 6, 2023                                PHILLIP TALBERT
United States Attorney

/s/ Sam Stefanki
SAM STEFANKI
Assistant U.S. Attorney

## ORDER SETTING CHANGE OF PLEA HEARING

GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.

The date for the entry of guilty plea hearing in this matter is hereby **SET** for **November 14, 2023, at 9:00 a.m**., before Senior District Judge John A. Mendez.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through the new hearing date of November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is hereby excluded through the new hearing date of November 14, 2023.

Dated: October 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE