STEFAN ERIC SACKS, ESQ.   CA Bar No. 173376
SACKS & SACKS
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone (323) 272-7877
E-Mail     ses@sacksandsacks.com

Attorney for DEVIN SHANAHAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE NO. 2:21-cr-00216-JAM |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| DEVIN SHANAHAN, | ) |
| | ) Requested date: February 13, 2024 for status conf. |
| Defendant, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Devin Shanahan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2023. By this stipulation, the defendant now moves to continue the status conference until February 13, 2024, and to exclude time between November 14, 2023, and February 13, 2024, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

a) The government has provided to the defense the discovery associated with this case, which includes thousands of pages of documents, as well as complex technical data related to online marketplaces hosted on the dark web, communications between co-conspirators, and other

-1-

discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b) Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the charges, explore potentially mitigating health issues faced by the defendant, review and copy discovery, and continue exploring potential resolutions with the government. Counsel for the defendant also desires additional time to coordinate with the government's attorney regarding the defendant's health issues that could inform a potential resolution to the case.

      c) Mr. Shanahan has had many health problems since birth and he requires frequent medical appointments to go along with many surgeries and other medical procedures.  On October 17, 2023, Mr. Shanahan had an in-person appointment physical scheduled with his Primary Physician, Dr. Denise Hom, to re-authorize Mr. Shanahan's team of specialists that he sees either biannually or annually.  Because of the health insurance that Mr. Shanahan has, he needed Dr. Hom to request re-authorization from his medical group.   The authorizations that Mr. Shanahan needed from Dr. Hom are the following:

> His gastroenterologist for his acid reflux and gastric emptying health issues.  His immunologist who manages his immune deficiency.  His allergist who manages his severe allergies.  His neck & spine specialist who manages his neck & back pain caused by musculoskeletal issues.  His endocrinologist who manages his osteoporosis.  His orthopedic surgeon and his immunologist also believe that Mr. Shanahan has a new disease called Elher Danlos and they have recommended that Dr. Hom refer him to a rheumatologist for an evaluation.  His endocrinologist is also recommending that Dr.

Hom request an authorization for him to be evaluated by either a geneticist or Infectious doctor.

Additional time is needed by Mr. Shanahan's doctors (as well as counsel) to develop a full case history and forward looking analysis of his ongoing treatment and care needs. Defense counsel has presently not received anything from the defendant's doctors.

d) Additionally, defense counsel just substituted in as attorney of record in late October, and requires additional time to receive and review the case file from prior counsel, familiarize himself with the discovery, and otherwise prepare for trial.

e) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2023, to February 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November 7, 2023              Respectfully submitted,

                                     /s/ Stefan Sacks
                                     STEFAN SACKS
                                     Attorney for Devin Shanahan

Dated: November 7, 2023              PHILLIP TALBERT
                                     United States Attorney

                                     /s/ Sam Stefanki
                                     SAM STEFANKI
                                     Assistant U.S. Attorney

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the 11/14/2023 change of plea hearing is **VACATED**. A **status conference** in this matter is hereby **SET** for **February 13, 2024, at 9:00 a.m**., before Senior District Court Judge John A. Mendez. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through the new hearing date of February 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. **No further extensions will be granted absent good cause shown**.

Dated: November 08, 2023             /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE