STEFAN ERIC SACKS, ESQ.   CA Bar No. 173376
SACKS & SACKS
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone (323) 272-7877
E-Mail     ses@sacksandsacks.com

Attorney for DEVIN SHANAHAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00216-JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DEVIN SHANAHAN, | Requested date: March 12, 2024 for status conf. |
| Defendant, | Time: 9:30 a.m. |
| | Judge: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Devin Shanahan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 12, 2024. By this stipulation, the defendant now moves to continue the status conference until March 12, 2024, and to exclude time between February 13, 2024, and March 12, 2024, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

a) The government has provided to the defense the discovery associated with this case, which includes thousands of pages of documents, as well as complex technical data related to online marketplaces hosted on the dark web, communications between co-conspirators, and other

-1-

discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for the defendant desires additional time to finalize a plea agreement with the government as well as consult with his client, conduct investigation and research related to the charges, explore potentially mitigating health issues faced by the defendant, review and copy discovery. Counsel for the defendant also desires additional time to coordinate with the government's attorney regarding the defendant's health issues that could inform a potential resolution to the case.

    c) Mr. Shanahan has had many health problems since birth and he requires frequent medical appointments to go along with many surgeries and other medical procedures.  Since November 2023 there have been additional diagnoses and developments with his health beyond what has plagued him his whole life:  his immunologist, Dr. Church and his orthopedic surgeon Dr. Kenjia suspect that he has a connective tissue disorder and he is waiting to see the appropriate specialist; during a recent MRI a cyst was discovered on his lower back which requires surgery; there have been insurance fights over the injections necessary to treat his osteoporosis; a referral for an MRI of his brain as well as a neurologist is pending; he is scheduled to see a pulmonologist on February 28th; and he is still being evaluated for Elher Danlos Disease by his new rheumatologist.

    Additional time is needed by Mr. Shanahan's doctors (as well as counsel) to develop a full case history and forward looking analysis of his ongoing treatment and care needs. Defense counsel has presently received limited documentation from the defendant's doctors.

d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defense counsel has only been attorney of record since late October, and has been working diligently to familiarize himself with the facts of this case and with his client's medical issues since then. Defense counsel recognizes the need to either resolve the case or set it for trial, and commits to making every effort to do so by the requested hearing date of March 12, 2024.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 13, 2024, to March 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  February 6, 2024                    Respectfully submitted,

                                            /s/ Stefan Sacks
                                            STEFAN SACKS
                                            Attorney for Devin Shanahan

Dated:  February 6, 2024                    PHILLIP TALBERT
                                            United States Attorney

                                            /s/ Sam Stefanki
                                            SAM STEFANKI
                                            Assistant U.S. Attorney

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the date for further status conference in this matter is hereby set for **March 12, 2024, at 9:30 a.m.**, before Senior District Court Judge John A. Mendez.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through the new hearing date of March 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: February 08, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE