STEFAN ERIC SACKS, ESQ.   CA Bar No. 173376
SACKS & SACKS
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone (323) 272-7877
E-Mail     ses@sacksandsacks.com

Attorney for DEVIN SHANAHAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE NO. 2:21-cr-00216-JAM |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** ) **CONTINUE STATUS CONFERENCE** |
| DEVIN SHANAHAN, | ) |
| Defendant, | ) Requested date: May 7, 2024 for status conf. ) Time: 9:30 a.m. ) Judge: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Devin Shanahan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 12, 2024. By this stipulation, the defendant now moves to continue the status conference until May 7, 2024, and to exclude time between March 12, 2024, and May 7, 2024, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

a) The government has provided to the defense the discovery associated with this case, which includes thousands of pages of documents, as well as complex technical data related to online marketplaces hosted on the dark web, communications between co-conspirators, and other

discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendant desires additional time to finalize a plea agreement with the government as well as consult with his client, conduct investigation and research related to the charges, explore potentially mitigating health issues faced by the defendant, and review and copy discovery. Counsel for the defendant also desires additional time to coordinate with the government's attorney regarding the defendant's health issues that could inform a potential resolution to the case.

c) Counsel for defendant is having a moderately invasive surgical procedure on March 7, 2024 and is supposed to remain inactive (and not fly) for ten (10) days following the procedure.  The surgery was originally scheduled for later in the month, however, counsel's doctor at UCLA recently rescheduled it for sooner, thus creating counsel's unexpected unavailability for the current status conference date of March 12, 2024·

d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for the defendant also believes that failure to grant the above-requested continuance would unreasonably deny the defendant continuity of counsel.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 12, 2024, to May 7, 2024,

inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 5, 2024    Respectfully submitted,

/s/ Stefan Sacks
STEFAN SACKS
Attorney for Devin Shanahan

Dated: March 5, 2024    PHILLIP TALBERT
United States Attorney

/s/ Sam Stefanki
SAM STEFANKI
Assistant U.S. Attorney

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the date for the status conference in this matter is hereby **RESET** for **May 7, 2024, at 9:00 a.m.,** before Senior District Court Judge John A. Mendez. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 12, 2024, through the new hearing date of May 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 06, 2024            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE