STEFAN ERIC SACKS, ESQ.   CA Bar No. 173376
SACKS & SACKS
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone (323) 272-7877
E-Mail    ses@sacksandsacks.com

Attorney for Defendant SHANAHAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:21-cr-00216-JAM |
| Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING** |
| vs. ) | |
| DEVIN SHANAHAN, et al., ) | |
| Defendant. ) | |

    Plaintiff, United States of America, by and through its counsel of record Assistant United States Attorney Sam Stefanki, and defendant DEVIN SHANAHAN, by and through his counsel of record, Stefan Eric Sacks, hereby jointly submit the following Stipulation and proposed Order.

    IT IS HEREBY STIPULATED AND AGREED by and between both parties to this action that the sentencing of DEVIN SHANAHAN presently set for October 8, 2024 at 9:00 am be continued to November 19, 2024 at 9:30 am, and that the PSR schedule is updated as follows: Objection Date 10/22/2024, Report Date 10/29/2024, Correction Date 11/05/2024, and Reply Date 11/12/2024.

    This request is due to the fact that additional time is needed for the defense to address the complexity of defendant's medical history and current condition in sufficient detail in order to aid the Court in its sentencing determination.

Dated: September 6, 2024                    Dated: September 6, 2024


/s/ Samuel Stefanki, per Email Authorization        /s/ Stefan E. Sacks
SAM STEFANKI, ESQ.                           STEFAN ERIC SACKS, ESQ.
Assistant United States Attorney             Attorney for Defendant
                                             DEVIN SHANAHAN

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                       )<br>                         Plaintiff,   )<br>                                                       )<br>vs.                                             )<br>                                                       )<br>DEVIN SHANAHAN,                     )<br>                                                       )<br>                         Defendant. )<br>_____) | CASE NO. 2:21-216-JAM<br><br>**ORDER CONTINUING SENTENCING** |

Based on the stipulation of the parties and good cause appearing, the sentencing of DEVIN SHANAHAN presently set for October 08, 2024, is **CONTINUED** to **November 19, 2024, at 9:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez. The PSR schedule is **MODIFIED** as follows:

Objection Date **10/22/2024**;

Report Date **10/29/2024**;

Correction Date **11/05/2024**; and

Reply Date **11/12/2024**.

IT IS SO ORDERED.

Dated: September 09, 2024                    /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE

3